IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  11-cv-00457-WYD-KLM

MANUEL PORTSCHE, A MINOR, BY HIS PARENTS AND NEXT FRIENDS, TIMOTHY PORTSCHE AND MARGIE PORTSCHE,

    Plaintiff,

v.

WAL-MART STORES EAST, INC., an Arkansas corporation,

    Defendant.

**ORDER GRANTING STIPULATED MOTION FOR REMAND TO THE DISTRICT COURT OF DOUGLAS COUNTY**

THE COURT, having reviewed the Parties' Stipulated Motion for Remand to the District Court of Douglas County and the file herein, and being fully advised in the premises, it is hereby

ORDERED that the Stipulated Motion for Remand to the District Court of Douglas County [ECF No. 10], filed April 14, 2011, is **GRANTED.**  It is

FURTHER ORDERED that the Clerk of Court shall **REMAND** this action to the District Court for Douglas County, Colorado from which this case was removed.  It is

FURTHER ORDERED that consistent with the representation in Plaintiff's Motion to Remand to District Court, Douglas County Colorado [ECF No. 9], filed April 8, 2011, Plaintiff shall not seek a judgment against the Defendant in excess of $75,000.00 in the State Court Action.

Dated: April 25, 2011

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief United States District Judge